No. 1142. ELKANICH v. UNITED STATES. C. A. 9th Cir. [Certiorari granted, 396 U. S. 1057.] Motion of petitioner to enlarge record granted. *Charles A. Miller* on the motion.

No. 1382, Misc. IN RE DISBARMENT OF EDWARDS. It having been reported to the Court that William D. Edwards of Columbus, Ohio, has been disbarred from the practice of law by the Supreme Court of Ohio, and this Court, by order of December 8, 1969 [396 U. S. 953], having suspended the said William D. Edwards from the practice of law in this Court and directed that a rule issue requiring him to show cause why he should not be disbarred;

And it appearing that the said rule was duly issued and served upon the respondent, and that the time within which to file a return to the rule has expired and no return to the rule having been filed;

IT IS ORDERED that the said William D. Edwards be, and he is hereby, disbarred from the practice of law in this Court and that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.

No. 429, Misc. SZIJARTO v. OBERHAUSER ET AL. Motion for leave to file petition for writ of habeas corpus denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Jimmie E. Tinsley,* Deputy Attorney General, in opposition.

No. 1547, Misc. HUNT v. CRAVEN, WARDEN;

No. 1596, Misc. JACKSON ET AL. v. SHEYA, JUDGE, ET AL.; and

No. 1625, Misc. HANDSFORD v. BLACKWELL, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.